1  MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
2  NICHOLAS L. HAMILTON, ESQ.
Nevada Bar No. 10893
3  MESSNER REEVES LLP
8945 West Russell Road, Suite 300
4  Las Vegas, Nevada 89148
Telephone: (702) 363-5100
5  Facsimile: (702) 363-5101
E-Mail: medwards@messner.com
6         nhamilton@messner.com

7  *Counsel for Defendant,*
*Johnny Chun-Yu Chow,*

8
**UNITED STATES DISTRICT COURT**

9
**DISTRICT OF NEVADA**

10

| | |
|---|---|
| BALUMA S.A. d/b/a ENJOY PUNTA DEL ESTE & CASINO, | Case No.: 2:20-cv-001752-KJD-EJY |
| Plaintiff, | **ORDER TO ENLARGE BRIEFING SCHEDULE AS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | **[Docket #17] (First Request)** |
| JOHNNY CHUN-YU CHOW, | |
| Defendant. | |

17    Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant, Johnny Chun-Yu Chow

18  ("Defendant") and Plaintiff Baluma S.A. ("Plaintiff"), by and through their undersigned counsel of

19  record, hereby stipulate as follows:

20  **I.    STIPULATION TO ENLARGE BRIEFING SCHEDULE AS TO PLAINTIFF'S**
21        **MOTION FOR SUMMARY JUDGMENT [Docket #17]**

        The parties request that the Court enter an order approving this stipulation extending the
22
briefing schedule on Plaintiff's pending Motion for Summary Judgment (Doc. 17), filed on April
23
21, 2021, by twelve (12) days as to Defendant's response and by ten (10) days as to Plaintiff's reply
24
in support. This is the parties' first stipulation and request for an extension of time relating to the
25
briefing schedule on the Motion for Summary Judgment.
26

27

28

{05103985 / 1}
                                           - 1 -

1    Defendant's counsel has requested an additional twelve (12) days to prepare Defendant's

2    response to the Motion for Summary Judgment in light of their litigation schedules.  Such a request

3    would make Defendant's response to the Motion for Summary Judgment due on or before **May 24,**

4    **2021**.  Plaintiff is agreeable to the requested extension of time.

5    The extended response deadline impacts Plaintiff's ability to analyze the response and

6    prepare its reply in support of its Motion for Summary Judgment in the time contemplated by LR

7    7-2(b) due to existing briefing deadlines and conflicts in other matters. Plaintiff has thus requested

8    an additional ten (10) days to prepare its reply, making such a reply due on or before **June 17th,**

9    **2021**.  Defendant is agreeable to the requested extension of time.

10    By this stipulation, the parties do hereby respectfully request that the Court enter an order

11    extending the above referenced deadlines.

12

13    DATED this 7th day of May 2021.          DATED this 7th day of May 2021.

14    **GREENBERG TRAURIG, LLP**              **MESSNER REEVES LLP**

15    */s/ Christopher Milternberger*          */s/ Michael Edwards*
      Christopher R. Miltenberger, Esq.        Michael M. Edwards., Esq.
16    Nevada Bar No. 10153                      Nevada Bar No. 6281
      Christian T. Spaulding, Esq.              Nicholas L. Hamilton, Esq.
17    Nevada Bar No. 14277                      Nevada Bar No. 10893
      10845 Griffith Peak Drive, Suite 600      8945 West Russell Road, Suite 300
18    Las Vegas, NV  89135                      Las Vegas, Nevada  89148
      *Counsel for Plaintiff*                   *Attorneys for Defendant, Johnny Chun-Yu Chow*
19    *Baluma S.A. d/b/a Enjoy Punta del Este Resort &*
20    *Casino*

21    RE: Baluma v Johnny Chun-yu Chow          **IT IS SO ORDERED.**

22    M   miltenbergerc@gtlaw.com
          To  ● Nick Hamilton
          Cc  ○ rosehilla@gtlaw.com; ○ spauldingc@gtlaw.com
23    (i) You replied to this message on 5/7/2021 3:52 PM.

      This is fine with me.  Feel free to use my e-signature and to submit.
24                                              _____
      Thanks,                                   **UNITED STATES DISTRICT JUDGE**
25    Chris Miltenberger
      Greenberg Traurig, LLP                    **DATED:**  5/12/2021
26    702.599.8024

27

28    {05103985 / 1}                            - 2 -
      STIPULATION AND ORDER TO ENLARGE BRIEFING SCHEDULE AS TO PLAINTIFF'S MOTION FOR
      SUMMARY JUDGMENT [DOCKET #17]