UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BALUMA, S.A., d/b/a ENJOY PUNTA DEL ESTE & CASINO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNY CHUN-YU CHOW,<br><br>    Defendant. | Case No. 2:20-cv-1752-KJD-EJY<br><br>**ORDER** |

    Pending before the Court is Messner Reeves LLP's Motion to Withdraw as Counsel for Defendant Johnny Chun-Yu Chow. ECF No. 25. Counsel states "that they have reached a substantial impasse in representing Defendant and it is no longer feasible to continue representing him." *Id.* at 2. A review of the docket in this matter shows a motion for summary judgment pending, which is fully brief. The docket further reflects no trial date is set and discovery is closed. Thus, there appears to be no prejudice that will arise from granting the Motion to Withdraw.

    Accordingly, IT IS HEREBY ORDERED that Messner Reeves LLP's Motion to Withdraw as Counsel for Defendant Johnny Chun-Yu Chow (ECF No. 25) is GRANTED.

    Dated this 24th day of November, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1