AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BALUMA SA. d/b/a ENJOY PUNTA
DEL ESTE & CASINO,

               Plaintiff,

    v.

JOHNNY CHUN-YU CHOW,

               Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:20-cv-01752-KJD-EJY

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Judgment for Plaintiff and against Defendant, JOHNNY CHUN-YU CHOW, in the amount of $332,771.50, the total of the attorney's fees, costs and interest.

March 20, 2023
Date

DEBRA K. KEMPI
Clerk

/s/ T. Wallace
Deputy Clerk